**Ida M. JACKSON, Plaintiff–Appellant,**

v.

**METWEST MORTGAGE SERVICES, INCORPORATED, Defendant–Appellee.**

No. 01–1464.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2001.

Decided June 29, 2001.

Ida M. Jackson, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Ida M. Jackson appeals the district court's order denying her motion for leave to proceed in forma pauperis.* We have

* To the extent that Jackson seeks to challenge the district court's February 6, 2001, order denying relief on her complaint, the appeal is

reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis on appeal, deny Jackson's motion for stay pending appeal, and dismiss the appeal on the reasoning of the district court. *See Jackson v. Metwest Mortgage Servs., Inc.*, No. CA–01–279–S (D.Md. Mar. 21, 2001); *see also* 28 U.S.C.A. § 1915(a)(3) (West Supp.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED.*

not timely as to that order. Fed.R.App.P. 4(a)(1). Accordingly, we lack jurisdiction to review that order.